1  **JESSE S. KAPLAN    CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **SABRINA IVORY**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| SABRINA IVORY, | No.   2:12-CV-00991-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that because of the length of the administrative record and the administrative law judge decision at issue, plaintiff's time to file a motion for summary judgment is extended from its prior due date to April 22, 2013.

   This is the first extension.

Dated: March 19, 2013                           /s/   Jesse S. Kaplan
                                                JESSE S. KAPLAN
                                                Attorney for Plaintiff


Dated: March 19, 2013                            /s/ per e-mail authorization

                                                TIMOTHY BOLIN
                                                Special Assistant U.S. Attorney
                                                Attorney for Defendant

1

**ORDER**

For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to April 22, 2013.

SO ORDERED.

Dated: March 20, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE