1  **JESSE S. KAPLAN    CSB#103726**
2  **5441 Fair Oaks Bl. Ste. C-1**
   **Carmichael, CA   95608**
3  **916/488-3030**
   **916/489-9297 fax**

4  **Attorney for Plaintiff**
5  **SABRINA IVORY**

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**
                                        **-o0O0o-**
10

11 **SABRINA IVORY,**                         **No.   2:12-CV-00991-AC**

12              **Plaintiff,**

13                                            **STIPULATION AND  [proposed]**
                                              **ORDER EXTENDING**
                                              **PLAINTIFF'S TIME TO FILE**
14      **v.**                                **MOTION FOR SUMMARY**
                                              **JUDGMENT**
15 **MICHAEL ASTRUE,**
      **Commissioner of Social Security,**
16
                **Defendant.**
17 _____/

18          IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, and with the permission of the Court, that because of the length of the

20 administrative record (1,113 pages), the administrative law judge decision at issue (16 pages),

21 plaintiff's counsel's previous unfamiliarity with this case, and his workload, plaintiff's time to file

22 a motion for summary judgment is extended from April 22, 2013, to May 13, 2013.

23          This is the second extension.

24 Dated: April 23, 2013                              */s/   Jesse S. Kaplan*
                                                        JESSE S. KAPLAN
25                                                      Attorney  for  Plaintiff

26

27

28

                                              1

1  Dated:  March 19, 2013                          _/s/ per e-mail authorization_____

2                                                  TIMOTHY BOLIN
                                                   Special Assistant U.S. Attorney
3                                                  Attorney for Defendant

4

5

6                                  **ORDER**

7          For good cause shown, the requested extension of plaintiff's time to file an opening brief

8  is extended to May 13, 2013.

9          SO ORDERED.

10

11  Dated: April 25, 2013.

12

13                                                 _____
                                                   ALLISON CLAIRE
14                                                 UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28